UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO BORUNDA, | NO. CV 14-5850-BRO (AGR) |
| Petitioner, | JUDGMENT |
| v. | |
| MARION SPEARMAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: December 12, 2014

_____
BEVERLY REID O'CONNELL
United States District Judge